Larry J. Liu, SBN 175799
lliu@dhpierce.com
DAVID H. PIERCE & ASSOCIATES PC
14724 Ventura Boulevard, Suite 910
Sherman Oaks, CA 91403
T: 818-826-5480
F: 818-826-5486

Edward P. Gibbons
egibbons@wwmlawyers.com
Arthur J. McColgan
amccolgan@wwmlawyers.com
WALKER WILCOX MATOUSEK LLP
1 North Franklin Street, Suite 3200
Chicago, IL 60606
T: 312-244-6700
F: 312-244-6800

Attorneys for Defendant
WESTCHESTER SURPLUS LINES
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| STYLES FOR LESS, INC., | Case No. 8:16-cv-1324 JVS (JCGx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| RSC INSURANCE BROKERAGE, INC., et al. | |
| Defendants. | |

This Court, the Honorable James V. Selna, District Judge presiding, took Westchester Surplus Lines Insurance Company's Motion for Judgment on the Pleadings under submission in this action, and, having fully considered the arguments and pleadings presented, granted that motion by Order issued on December 15, 2016 (Docket No. 67). Based on and for the reasons stated in that Order:

1

[PROPOSED] JUDGMENT

**EXHIBIT A**

**IT IS SO ORDERED AND ADJUDGED** that; the Court having determined pursuant to Federal Rule of Civil Procedure Rule 54(b) that there is no just reason for delay, the Order of this Court dated December 15, 2016 (Docket No. 67) is a final judgment in this action as to Defendant Westchester Surplus Lines Insurance Company; that Plaintiff Styles For Less, Inc. take nothing against Defendant Westchester Surplus Lines Insurance Company; and that Westchester Surplus Lines Insurance Company be dismissed from this action with prejudice on the merits.

DATED: January 17, 2017   By: _____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE