1  **BARNES & THORNBURG LLP**
2  David P. Schack (SBN 106288)
   david.schack@btlaw.com
3  Matthew B. O'Hanlon (SBN 253648)
   matthew.o'hanlon@btlaw.com
4  2029 Century Park East, Suite 300
   Los Angeles, CA 90067-3012
5  Telephone:  310-284-3880
   Facsimile:   310-284-3894

6  Attorneys for Plaintiff Styles for Less, Inc.

7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | STYLES FOR LESS, INC., a corporation, | Case No. 8:16-cv-01324 JVS (JCGx) |
|---|---|---|
| 12 | | **DISCOVERY MATTER** |
| 13 | Plaintiff, | **ORDER ON STIPULATION FOR PROTECTIVE ORDER** |
| 14 | v. | |
| 15 | RSC INSURANCE BROKERAGE, INC. d/b/a RISK STRATEGIES COMPANY, INC., a corporation, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a corporation, RSUI Indemnity Company, a corporation, and DOES 1 through 100, inclusive, | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | Defendants. | |

20
21
22
23
24
25
26
27
28

Barnes &
Thornburg LLP
Attorneys At Law
Los Angeles

**ORDER ON STIPULATION FOR PROTECTIVE ORDER**

# ORDER

This Court, having read and considered the parties' Stipulation for Protective Order (Dkt. No. 76), and finding good cause therefor, hereby enters the parties' Stipulation for Protective Order (Dkt. No. 76) as an order of the Court.

**IT IS SO ORDERED.**

Dated: February 7, 2017

_____
The Honorable Jay C. Gandhi
United States Magistrate Judge