CHRISTOPHER S. MAILE, ESQ.; SBN 117998
GERALD M. SIEGEL, ESQ.; SBN 75037
SOOJIN KANG, ESQ.; SBN 219738
**THARPE & HOWELL, LLP**
**15250 Ventura Boulevard, Ninth Fl.**
**Sherman Oaks, CA 91403**
**Tel: (818) 205-9955**
**Fax: (818) 205-9944 fax**
E-mail: cmaile@tharpe-howell.com
E-mail: jsiegel@tharpe-howell.com
E-mail: skang@tharpe-howell.com

Attorneys for Defendant and Third-Party Plaintiff,
RSC INSURANCE BROKERAGE, INC. d/b/a RSC OF CALIFORNIA INSURANCE BROKERAGE, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| STYLES FOR LESS, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>RSC INSURANCE BROKERAGE, INC. d/b/a RISK STRATEGIES COMPANY, INC., a corporation, WESTCHESTER SURPLUS LINES INSURANCE COMPANY, a corporation, RSUI Indemnity Company, a corporation, and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>RSC INSURANCE BROKERAGE, INC. d/b/a RSC OF CALIFORNIA INSURANCE BROKERAGE, INC.<br><br>Third-Party Plaintiff,<br><br>v.<br><br>SOCIUS INSURANCE SERVICES, INC., a corporation, and BLANK ROME LLP, a limited liability partnership.<br><br>Third-Party Defendants. | Case No.: 8:16-cv-01324-JVS-JCG<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

- 1 -
[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE
8:16-cv-01324-JVS-JCG

Pursuant to the stipulation of the parties, the above-captioned action in its entirety, including all parties and third-party actions, is hereby dismissed with prejudice, each party to bear its own attorneys' fees, expenses, and costs.

**IT IS SO ORDERED.**

Dated: May 17, 2017

_____
The Honorable James V. Selna
United States District Judge

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| David P. Schack, Esq.<br>David.schack@btlaw.com<br>Devin J. Stone, Esq.<br>Devin.stone@btlaw.com<br>Matthew B. O'Hanlon, Esq.<br>Matthew.ohanlon@btlaw.com<br>BARNES & THORNBURG, LLP<br>2029 Century Park East, Suite 300<br>Los Angeles, CA 90067<br>Tel.: (310) 284-3880<br>Fax: (310) 284-3894<br>Attorneys for Plaintiff,<br>STYLES FOR LESS, INC. | Scott N. Godes, Esq.<br>Scott.godes@btlaw.com<br>BARNES AND THORNBURG LLP<br>1717 Pennsylvania Ave. NW<br>Washington, DC 20006-4623<br>Tel: (202) 408-6928<br>Fax: (202) 289-1330<br>Attorneys for Plaintiff,<br>STYLES FOR LESS, INC. |
| Carrie M. Raver, Esq.<br>Carrie.raver@btlaw.com<br>BARNES AND THORNBURG LLP<br>110 E. Wayne St., Ste. 600<br>Fort Wayne, IN 46802<br>Tel: (260) 423-9440<br>Fax: (260) 424-8316<br>Attorneys for Plaintiff,<br>STYLES FOR LESS, INC. | Douglas A. Pettit, Esq.<br>dpettit@pettitkohn.com<br>Matthew C. Smith, Esq.<br>msmith@pettitkohn.com<br>PETTIT KOHN INGRASSIA & LUTZ PC<br>11622 El Camino Real, Ste. 300<br>San Diego, CA 92130<br>(858) 755-8500; Fax (858) 755-8504<br>Attorneys for Third-Party Defendant,<br>SOCIUS INSURANCE SERVICES, INC. |
| David A. Tartaglio, Esq.<br>d.tartaglio@mpglaw.com<br>Teresa Cho, Esq.<br>t.cho@mpglaw.com<br>MUSICK, PEELER & GARRETT LLP<br>ATTORNEYS AT LAW<br>One Wilshire Blvd, Ste. 2000<br>Los Angeles, CA 90017-3383 | Desmond J. Hinds, Esq.<br>dhinds@hinshawlaw.com<br>HINSHAW & CULBERTSON LLP<br>11601 Wilshire Blvd., Ste. 800<br>Los Angeles, CA 90025<br>(310)909-8000; Fax (310)909-8001<br>Attorneys for Third-Party Defendant, |

| | |
|---|---|
| Tel.: (213) 629-7600<br>Fax: (213) 624-1376<br>Attorneys for Defendant RSUI INDEMNITY COMPANY | BLANK ROME, LLP |
| Philip Touitou, Esq.<br>ptouitou@hinshawlaw.com<br>HINSHAW & CULBERTSON LLP<br>800 Third Ave., 13th Fl.<br>New York, NY 10022<br>(212)471-6200; Fax (212)935-1166<br>Attorneys for Third-Party Defendant,<br>BLANK ROME, LLP | Edward P. Gibbons, Esq.<br>egibbons@wwmlawyers.com<br>Arthur J. McColgan, II<br>WALKER WILCOX MATOUSEK LLP<br>1 North Franklin Street, Suite 3200<br>Chicago, IL 60606<br>Tel.: (312) 244-6700<br>Fax: (312) 244-6800<br>Attorneys for Defendant,<br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY |
| Larry J. Liu, Esq.<br>lliu@dhpierce.com<br>DAVID H. PIERCE & ASSOCIATES PC<br>14724 Ventura Blvd., Ste. 910<br>Sherman Oaks, CA 91403<br>Tel.: (818) 826-5480<br>Fax: (818) 826-5486<br>Attorneys for Defendant,<br>WESTCHESTER SURPLUS LINES INSURANCE COMPANY | |

5. a. ___ **By personal service**. I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

b. ___ **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

(1) ___ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

- 4 -
[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

      (2) placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

c. **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached to my file copy.

e. **By e-mail or electronic transmission.** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated recipients through the Electronic Case Filing system for the above-entitled case. The file transmission was reported as successful and a copy of the Electronic Case Filing Receipt will be maintained with the original document(s) in our office.

6. I served the documents by the means described in item 5 on *(date): 08/ /16*

I declare that I am employed in the office of a member of this bar of this court, at whose direction the service was made.

| 8/ /16 | Amy Eivazian | |
|---|---|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\27000-000\27818\PLEADINGS\ORDER ON JOINT STIPULATION OF DISMISSAL - ENTIRE ACTION.DOCX